1. Deadline for all Rule 26(a)(1) disclosures (if later than the date of the initial conference, please explain why on a separate page):  September 14, 2020

2. Deadline for first request for production of documents and first request for interrogatories:  October 22, 2020

2(a). Additional interrogatories needed, if any, beyond the 25 permitted under the federal rules for:  plaintiff(s) 0 ; defendant(s) 0

3. Date for completion of any joinder of additional parties and amendment of the pleadings:  October 5, 2020

3(a). Number of proposed additional parties to be joined, if any, by:  plaintiff(s) 0 ; defendant(s) 0

4. Number of depositions by plaintiff(s) of:  parties 2-3 per Defendant ; non-parties 1-2

5. Number of depositions by defendant(s) of:  parties 1 Plaintiff ; non-parties 4-5

6. Date of status conference (joint status report due two business days in advance):  March 11, 2021

7. Date for completion of factual discovery:  April 12, 2021

8. Are expert witnesses needed?  Yes X  No ___

8(a). Number of expert witnesses, if any, of plaintiff(s):  medical ___ ; non-medical 2

8(b). Date for completion of those expert reports:  May 10, 2021

8(c). Number of expert witnesses, if any, of defendant(s):  medical ___ ; non-medical 2 per Defendant

8(d). Date for completion of those expert reports:  May 10, 2021

9. Date for completion of expert discovery:  June 28, 2021

10. Date of pretrial conference (brief *ex parte* statements of settlement position due via email two business days in advance):  September 23, 2021

11. Types of contemplated dispositive motions by plaintiff(s) and dates for filing of those motions:  Summary Judgment

 August 30, 2021

12.    Types of contemplated dispositive motions by defendant(s) <u>and</u> dates for filing of those motions:

Judgment on the Pleadings, November 16, 2020

Summary Judgment September 30, 2021

13.    Have counsel reached any agreements regarding electronic discovery?  (If so, please describe at the initial conference.)

Yes  <u>X</u>   No <u>    </u>

14.    Have counsel reached any agreements for disclosure of experts' work papers (including drafts) and communications with experts?  (If so, please describe on a separate page.)

Yes <u>    </u>  No <u>X</u>

15.    Will the parties unanimously consent to trial before a magistrate judge pursuant to 28 U.S.C. §636(c)?  (If any party declines to consent, answer no but do <u>not</u> indicate which party declined.)

Yes <u>    </u>   No <u>X</u>